In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-04-033 CV


____________________



IN RE KEVIN A. DUVALL








Original Proceeding






MEMORANDUM OPINION (1)


 On January 22, 2004, Kevin A. Duvall filed a petition for writ of mandamus. The
parties subsequently resolved the dispute. On February 3, 2004, the relator filed a motion
to dismiss the petition.

 Accordingly, this original proceeding is dismissed without prejudice and without
reference to the merits.

 WRIT DISMISSED.

 PER CURIAM


Opinion Delivered February 5, 2004

Before McKeithen, C.J., Burgess and Gaultney, JJ.
1. Tex. R. App. P. 47.4.